UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                                                Bankr. Case No. 19-01790-HWV
ELAINE RENEE SWARTZ and DARYL FRANK SWARTZ                 Chapter 13
     Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                       Americredit Financial Services, Inc. dba GM Financial
                       PO Box 183853
                       Arlington, TX  76096


                       By  /s/  Mandy Youngblood

                       Mandy Youngblood
                       PO Box 183853
                       Arlington, TX  76096
                       877-203-5538
                       877-259-6417
                       Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Bankr. Case No. 19-01790-HWV

ELAINE RENEE SWARTZ and DARYL FRANK SWARTZ    Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 3, 2019 :

Lawrence V. Young
135 North George Street
York, PA 17401

Charles J. DeHart III
8125 Adams Drive
Suite A
Hummelstown, PA 17036

By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx39459 / 988611