```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 19-01790-HWV
Daryl Frank Swartz                                              Chapter 13
Elaine Renee Swartz
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1      User: DDunbar        Page 1 of 2         Date Rcvd: Jun 18, 2019
                          Form ID: ntcnfhrg    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db/jdb         +Daryl Frank Swartz,    Elaine Renee Swartz,    14146 Lower Horse Valley Road,
                 Orrstown, PA 17244-9425
cr              Bureau of Compliance Commonwealth of Pennsylvania,,    PO Box 280948,
                 Harrisburg, PA  17128-0938
5191017        +ALEX EVERHART,    P.O. BOX 163,   DALLASTOWN, PA 17313-0163
5191018        +AMERICREDIT/GM FINANCIAL,    ATTN: BANKRUPTCY,   PO BOX 183853,   ARLINGTON, TX 76096-3853
5191019        +BANK OF AMERICA,   4909 SAVARESE CIRCLE,   FL1-908-01-50,    TAMPA, FL 33634-2413
5191020        +COMMONWEALTH OF PA,    DEPT. OF REVENUE,   P.O. BOX 280948,    HARRISBURG, PA 17128-0948
5191012        +DARYL FRANK SWARTZ,    ELAINE RENEE SWARTZ,   14146 LOWER HORSE VALLEY ROAD,
                 ORRSTOWN, PA 17244-9425
5191022        +FRANKLIN COUNTY ADULT PROBATION,    440 WALKER ROAD,   CHAMBERSBURG, PA 17201-9798
5191023        +FRANKLIN COUNTY TAX CLAIM OFFICE,    1ST FLOOR OF THE OLD COURTHOUSE,   2 N. MAIN ST.,
                 CHAMBERSBURG, PA 17201-1811
5196758        +Franklin County Tax Claim Bureau,    2 North Main Street,    Chambersburg, PA 17201-1811
5191024        +KATE DERINGER SALLIE,    PILLAR & AUGHT,   4201 E. PARK CIRCLE,   HARRISBURG, PA 17111-2806
5191025        +KATE DERINGER SALLIE, ESQUIRE,    PILLAR & AUGHT,   4201 E. PARK CIRCLE,
                 HARRISBURG, PA 17111-2806
5191013        +LAWRENCE V. YOUNG,    CGA LAW FIRM,   135 NORTH GEORGE STREET,   YORK, PA 17401-1132
5191027        +NANCY J. SWARTZ,   3262 ORRSTOWN ROAD,    ORRSTOWN, PA 17244-9683
5191028        +NOBLE LOAN SERVICING PC,    1817 OLDE HOMESTEAD LANE,   LANCASTER, PA 17601-6751
5191029        +ORRSTOWN PERSONAL CARE HOME, INC.,    3329 ORRSTOWN ROAD,   ORRSTOWN, PA 17244-9557
5191015        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,   HARRISBURG, PA 17128-1061
5191014        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,   WASHINGTON, DC 20220-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5191021         E-mail/Text: mrdiscen@discover.com Jun 18 2019 19:44:41     DISCOVER FINANCIAL,
                 ATTN: BANKRUPTCY DEPARTMENT,   PO BOX 15316,   WILMINGTON, DE 19850
5191016         E-mail/Text: cio.bncmail@irs.gov Jun 18 2019 19:44:50     INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,   PHILADELPHIA, PA 19101-7346
5191026         E-mail/Text: camanagement@mtb.com Jun 18 2019 19:44:56     M & T BANK,   ATTN: BANKRUPTCY,
                 PO BOX 844,   BUFFALO, NY 14240
5209090         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2019 19:45:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5191030         E-mail/PDF: cbp@onemainfinancial.com Jun 18 2019 19:55:58     SPRINGLEAF FINANCIAL SERVICE,
                 489 EISENHOWER DR,   HANOVER, PA 17331
5191031         E-mail/PDF: cbp@onemainfinancial.com Jun 18 2019 19:55:27     SPRINGLEAF FINANCIAL SERVICES,
                 PO BOX 3251,   EVANSVILLE, IN 47731
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            ##+Central Penn Capital Management LLC,   100 South 7th Street,   Akron, PA 17501-1380
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jenna Anne Ratica     on behalf of Creditor Bureau of Compliance  Commonwealth of Pennsylvania,
               Department of Revenue jratica@attorneygeneral.gov,  ARC-Court-MiddleDistrict@attorneygeneral.gov
              Kathryn D Sallie    on behalf of Creditor    Central Penn Capital Management LLC
               ksallie@pillaraught.com,   tlaughead@pillaraught.com
              Lawrence V. Young    on behalf of Debtor 1 Daryl Frank Swartz lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com
              Lawrence V. Young    on behalf of Debtor 2 Elaine Renee Swartz lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daryl Frank Swartz,
aka Daryl F. Swartz,

**Debtor 1**

Elaine Renee Swartz,
aka Elaine R. Swartz,

**Debtor 2**

Chapter 13

Case No. 1:19–bk–01790–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 17, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 24, 2019 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 18, 2019 |

ntcnfhrg (03/18)