Rev. 12/01/17

## LOCAL BANKRUPTCY FORM 2016-2(c)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Daryl Frank Swartz : **CHAPTER 13**
Elaine Renee Swartz :
: CASE NO. 1 - 19 -bk- 1790
:
:
Debtor(s) :

### REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A. Presumptively reasonable fees under L.B.R. 2016-2(c)**<br>1. Amount agreed to by debtor<br>2. Less amount paid to attorney outside of plan distributions<br>3. Balance of compensation to be paid through plan distributions<br>4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $<br>$<br>$    0.00<br>$ |

| | |
|---|---|
| **B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)**<br>1. Compensation and expenses to be approved by the Court<br>2. Less amounts paid to attorney outside of plan distributions<br>3. Balance of compensation and expenses to be paid through plan distributions | $   19,178.75<br>$    2,400.00<br>$   16,778.75 |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $   16,778.75 |

Dated: _____ 3/16/20 _____    /s/Lawrence V. Young, Esquire
                              Attorney for Debtor