IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


IN RE:

| | | |
|---|---|---|
| DARYL FRANK SWARTZ | : | CHAPTER 13 |
| ELAINE RENEE SWARTZ, | : | |
| | : | |
| Debtors | : | Case No. 1-bk-19-01790 |
| | : | |


## **ENTRY OF APPEARANCE AND**
## **REQUEST FOR SERVICE OF NOTICES AND PAPERS**


PLEASE TAKE NOTICE that Post & Schell, P.C. appears for Orrstown Personal Care

Home, Inc., a party-in-interest in the above-captioned case, and, pursuant to Rules 2002, 9007,

and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices and

pleadings given or filed in the case be given and served upon the undersigned at the following

address:

Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the

notices and papers referred to in the rules specified above, but also includes, without limitation,

any order, application, motion, petition, pleading, request, complaint or demand, or any notice

thereof, whether formal or informal, whether written or oral, and whether conveyed or

transmitted by mail, electronic mail, delivery, telephone, facsimile, or otherwise, made by the Debtors, the trustee, or any other party in the above-captioned bankruptcy case.

Respectfully submitted,

POST & SCHELL, P.C.


By: /s/ Brian W. Bisignani
    Brian W. Bisignani, Esquire
    17 North 2nd Street, 12th Floor
    Harrisburg, PA  17101
    717-612-6041
    Fax:  717-731-1985
    bbisignani@postschell.com

Counsel for:  Orrstown Personal Care Home, Inc.

Date:  March 22, 2023