IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DARYL FRANK SWARTZ<br>ELAINE RENEE SWARTZ<br>Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Objectant | : | |
| vs. | : | CASE NO. 1:19-bk-01790-HWV |
| LAWRENCE V. YOUNG, ESQUIRE<br>Applicant | : | OBJECTION TO APPLICATION<br>FOR ATTORNEY FEES |

<u>ORDER</u>

AND NOW, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED that the attorney fees sought in the Tenth Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses is hereby ADJUSTED AS FOLLOWS: