IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DARYL FRANK SWARTZ<br>ELAINE RENEE SWARTZ, | : | CHAPTER 13 |
| Debtors | : | Case No. 1-bk-19-01790 |
| DARYL FRANK SWARTZ<br>ELAINE RENEE SWARTZ,<br>ORRSTOWN PERSONAL CARE<br>HOME, INC., | : | |
| Movants | : | |
| DEPARTMENT OF THE TREASURY,<br>INTERNAL REVENUE SERVICE, | : | |
| Respondent | : | |

## AMENDED CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 25, 2023, I forwarded a true and correct copy of the attached Objection and Notice of Objection upon the following parties in the following manner:

| Name | Mode of Service |
|---|---|
| Internal Revenue Service<br>600 Arch Street<br>Room 5200<br>Philadelphia, PA 19106<br>Attn: Donald Brisach | Certified Mail and ECF |
| Jack N. Zaharopoulos, Chapter 13 Trustee | ECF |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Via United States First Class Mail, Postage pre-paid |
| Office of the United State Attorney<br>Civil Process Clerk<br>235 North Washington Avenue<br>Suite 311<br>Scranton, PA 18503 | Via United States First Class Mail, Postage pre-paid |

| | |
|---|---|
| Office of the Attorney General of the United States<br>950 Pennsylvania Avenue N.W.<br>Washington, DC 20530 | Via United States First Class Mail, Postage pre-paid |

*/s/ Lawrence V. Young*
Lawrence V. Young, Esquire
