IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| DARYL F. SWARTZ and ELAINE SWARTZ, | Case No. 1-bk-19-01790 (HWV) |
| Debtors. | |
| CENTRAL PENN CAPITAL MANAGEMENT, LLC | |
| Movant | |
| v. | |
| DARYL F. SWARTZ and ELAINE SWARTZ | |
| Respondents | |

**NOTICE OF DEBTOR'S MOTION PURSUANT TO BANKRUPTCY
RULE 9019 FOR APPROVAL OF STIPULATION**

**PLEASE TAKE NOTICE THAT** the Central Penn Capital Management, LLC ("CPCM") filed the attached Motion to Approve Stipulation with the above-captioned Debtors (the "Motion"). The Motion is available for review in the Clerk's Office of the United States Bankruptcy Court for the Middle District of Pennsylvania at the address noted below, or it can be obtained from the undersigned.

If you wish to contest this matter, file a written objection in the form of a responsive pleading and request a hearing within twenty-one (21) days from the date of this Notice. If no objection and request for hearing are timely filed with the Bankruptcy Court, the Court will act on said Motion without hearing. Said form must be filed with the Bankruptcy Clerk's Office, United States Bankruptcy Court, The Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Bankruptcy 3rd Floor, Harrisburg, PA 17102, and a copy to Pillar+Aught, 4201 E. Park Circle, Harrisburg, PA 17111. Any filing must conform to the rules of bankruptcy procedure unless the Court otherwise determines.

DATED: April 26, 2023   U.S. BANKRUPTCY COURT
THE SYLVNIA H. RAMBO US COURTHOUSE
1501 NORTH 6th STREET, COURTROOM 8, 4th FLOOR
HARRISBURG, PA 17102