IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| DARYL F. SWARTZ and ELAINE SWARTZ, | Case No. 1-bk-19-01790 (HWV) |
| Debtors. | |
| CENTRAL PENN CAPITAL MANAGEMENT, LLC | |
| Movant | |
| v. | |
| DARYL F. SWARTZ and ELAINE SWARTZ | |
| Respondents | |

**O R D E R**

UPON CONSIDERATION of the Stipulation filed by the parties, with the concurrence of the Chapter 13 Trustee, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Stipulation is approved.