IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| DARYL F. SWARTZ and ELAINE SWARTZ, | Case No. 1-bk-19-01790 (HWV) |
| Debtors. | |
| CENTRAL PENN CAPITAL MANAGEMENT, LLC | |
| Movant | |
| v. | |
| DARYL F. SWARTZ and ELAINE SWARTZ | |
| Respondents | |

**NOTICE OF CENTRAL PENN CAPITAL MANAGEMENT'S
<u>MOTION TO APPROVE STIPULATION</u>**

**PLEASE TAKE NOTICE THAT** the Central Penn Capital Management, LLC ("CPCM") filed a Motion to Approve Stipulation (the "Motion"). The Motion is available for review in the Clerk's Office of the United States Bankruptcy Court for the Middle District of Pennsylvania at the address noted below, or it can be obtained from the undersigned.

If you wish to contest this matter, file a written objection in the form of a responsive pleading and request a hearing within twenty-one (21) days from the date of this Notice. If no objection and request for hearing are timely filed with the Bankruptcy Court, the Court will act on said Motion without hearing. Said form must be filed with the Bankruptcy Clerk's Office, United States Bankruptcy Court, The Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Bankruptcy 3rd Floor, Harrisburg, PA 17102, and a copy to Pillar+Aught, 4201 E. Park Circle, Harrisburg, PA 17111. Any filing must conform to the rules of bankruptcy procedure unless the Court otherwise determines.

DATED: April 27, 2023       U.S. BANKRUPTCY COURT
                                                THE SYLVNIA H. RAMBO US COURTHOUSE
                                                1501 NORTH 6th STREET, COURTROOM 8, 4th FLOOR
                                                HARRISBURG, PA 17102

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re:<br><br>DARYL F. SWARTZ and ELAINE SWARTZ,<br><br>        Debtors.<br><br>CENTRAL PENN CAPITAL MANAGEMENT, LLC<br><br>        Movant<br><br>v.<br><br>DARYL F. SWARTZ and ELAINE SWARTZ<br><br>        Respondents | Chapter 13<br><br>Case No. 1-bk-19-01790 (HWV) |

## AMENDED CERTIFICATE OF SERVICE

I, Kate Deringer Sallie, hereby certify that on the 27th day of April, 2023, I caused a true and correct copy of **Central Penn Capital Management's Motion to Approve Stipulation** to be served via the Court's CM/ECF electronic filing system and/or U.S. first class mail on those listed below.

| | | |
|---|---|---|
| BANK OF AMERICA<br>4909 SAVARESE CIRCLE<br>FL1-908-01-50<br>TAMPA FL 33634-2413 | CENTRAL PENN CAPITAL MANAGEMENT LLC<br>1817 OLDE HOMESTEAD LANE<br>LANCASTER PA 17601-6751 | FRANKLIN COUNTY ADULT PROBATION<br>440 WALKER ROAD<br>CHAMBERSBURG PA 17201-9798 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | NANCY J SWARTZ<br>3262 ORRSTOWN ROAD<br>ORRSTOWN PA 17244-9683 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | ALEX EVERHART<br>PO BOX 163<br>DALLASTOWN PA 17313-0163 | COMMONWEALTH OF PA<br>DEPT OF REVENUE<br>PO BOX 280948<br>HARRISBURG PA 17128-0948 |

| BUREAU OF COMPLIANCE COMMONWEALTH OF PENNSYL<br>PO BOX 280948<br>HARRISBURG PA 17128-0938 | FRANKLIN COUNTY TAX CLAIM OFFICE<br>1ST FLOOR OF THE OLD COURTHOUSE<br>2 N MAIN ST<br>CHAMBERSBURG PA 17201-2211 | KATE DERINGER SALLIE ESQUIRE<br>PILLAR AUGHT<br>4201 E PARK CIRCLE<br>HARRISBURG PA 17111-2806 |
|---|---|---|
| NOBLE LOAN SERVICING PC<br>1817 OLDE HOMESTEAD LANE<br>LANCASTER PA 17601-6751 | JENNA ANNE RATICA<br>PA OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT SECTION<br>15TH FLOOR STRAWBERRY SQUARE<br>HARRISBURG PA 17120-0001 | AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| CENTRAL PENN CAPITAL MANAGEMENT LLC<br>100 SOUTH 7TH STREET<br>AKRON PA 17501-1380 | DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FRANKLIN COUNTY TAX CLAIM BUREAU<br>2 NORTH MAIN STREET<br>CHAMBERSBURG PA 17201 |
| MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | ORRSTOWN PERSONAL CARE HOME INC<br>3329 ORRSTOWN ROAD<br>ORRSTOWN PA 17244-9557 | SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |

        /s/ Kate Deringer Sallie
        Kate Deringer Sallie