UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DARYL FRANK SWARTZ and ELAINE RENEE SWARTZ | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| DARYL FRANK SWARTZ and ELAINE RENEE SWARTZ | : | |
| Respondent(s) | : | CASE NO. 1-19-bk-01790 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO SEVENTH AMENDED CHAPTER 13 PLAN

AND NOW, this 17th day of May, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about March 9, 2023 be withdrawn as all issues have been resolved.

        Respectfully submitted:

        /s/Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 17th day of May, 2023, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Lawrence Young, Esquire
135 North George Street
York, PA 17401

        /s/Deborah A. DePalma
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee