IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DARYL FRANK SWARTZ | : | CHAPTER 13 |
| ELAINE RENEE SWARTZ, | : | |
| | : | |
| Debtors | : | Case No. 1-bk-19-01790 |
| | : | |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Post & Schell, P.C. appears for Orrstown Personal Care Home, Inc., a party-in-interest in the above-captioned case, and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices and pleadings given or filed in the case be given and served upon the undersigned at the following address:

Sean C. Campbell, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any order, application, motion, petition, pleading, request, complaint or demand, or any notice thereof, whether formal or informal, whether written or oral, and whether conveyed or

25781240v1

transmitted by mail, electronic mail, delivery, telephone, facsimile, or otherwise, made by the Debtors, the trustee, or any other party in the above-captioned bankruptcy case.

        Respectfully submitted,

        POST & SCHELL, P.C.

        By: /s/ Sean C. Campbell
           Sean C. Campbell, Esquire
           17 North 2nd Street, 12th Floor
           Harrisburg, PA 17101
           717-612-6056
           Fax: 717-731-1985
           scampbell@postschell.com

        Counsel for: Orrstown Personal Care Home, Inc.

Date: June 13, 2023