Lawrence V. Young, Attorney
Board Certified Bankruptcy Specialist
lyoung@cgalaw.com
717-718-7110

March 12, 2024

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Re: **DARYL FRANK SWARTZ**
**ELAINE RENEE SWARTZ**
**Ch.13, Case No. 1:19-bk-01790-HWV**

Please change the address of the following creditor:

| Old Address: | New Address: |
|---|---|
| CENTRAL PENN CAPITAL MANAGEMENT,LLC<br>100 South 7th street,<br>Akron PA 17501 | CENTRAL PENN CAPITAL MANAGEMENT,LLC<br>1817 OLDE HOMESTEAD LN STE 101,<br>LANCASTER, PA, 17601 |

Sincerely,

/s/Lawrence V. Young
Lawrence V. Young
LVY/im