IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| In re: ) | Case No. 19-bk-1790-HWV |
| ) | Chapter 13 |
| DARYL F. SWARTZ and ) | |
| ELAINE R. SWARTZ, ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| DARYL F. SWARTZ, *et al.*, ) | |
| ) | |
| Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondents. ) | |

**UNITED STATES' OBJECTION TO PLAN MODIFICATION**

The Court should deny the debtors' fifth motion to modify their chapter 13 plan (the "Motion"). (Dkt. No. 189). Their prior plan provided for full payment of the IRS's asserted claim with the funding to come from the proceeds of the sale of their commercial real estate. (*Id*. ¶ 2). Contrary to their assertion in the Motion that the only modification is to the deadline for the sale (*Id.* ¶ 11), the modified plan eliminates the requirement to fund the plan with those proceeds. (Dkt. No. 189-1, Eighth Modified Plan, Sec. 9 ("Money in the Plan is only for real estate and improvements . [sic] The purchase price allocated to purchase of the business, Orrstown Personal Care, shall not be dedicated to the Plan")). Without that funding, the plan cannot provide for the United States' priority tax claims, which while not yet allowed, may be in the near future. The proposed modified plan thus violates sections 1322(a)(2) and 1325(a)(1), (4), and (6), making it ineligible for confirmation. 11 U.S.C. § 1329(b)(1). It arguably also has

1

Case 1:19-bk-01790-HWV    Doc 194    Filed 03/13/24    Entered 03/13/24 13:14:07    Desc
Main Document    Page 1 of 3

not been proposed in good faith, given the debtors' previous plans and the ongoing litigation over the IRS's claims. 11 U.S.C. §§ 1325(a)(3) and 1329(b)(1). The Court should therefore deny the Motion and hold the debtors to the commitments made in their prior plans.

DATE: March 13, 2024,

    Respectfully submitted,

    DAVID A. HUBBERT
    Deputy Assistant Attorney General

    <u>/s/ Ward W. Benson</u>
    WARD W. BENSON
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 227, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 514-9642
    Fax: (202) 514-6866
    Email: ward.w.benson@usdoj.gov

2

Case 1:19-bk-01790-HWV    Doc 194    Filed 03/13/24    Entered 03/13/24 13:14:07    Desc
Main Document    Page 2 of 3

# CERTIFICATE OF SERVICE

I certify that the foregoing OBJECTION TO PLAN MODIFICATION was filed with the Clerk of the Court on March 13, 2024, using the CM/ECF system, which will send notification of such filing to all parties appearing in said system, including:

Jack N. Zaharopoulos
*Chapter 13 Trustee*

and

Brian W. Bisignani
*Counsel to Orrstown Personal Care Home, Inc.*

and

Lawrence V. Young
*Counsel to Debtors*

/s/ Ward W. Benson
Ward W. Benson
Trial Attorney