# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Daryl F. Swartz
Elaine R. Swartz

**Debtor(s)**

Daryl F. Swartz
Elaine R. Swartz

**Plaintiff(s)/Movant(s)**

vs.

Department of Treasury,
Internal Revenue Service

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1-19-bk-01790

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Objection to Proof of Claim No. 1-4, Fifth Motion to Modify

Document #: 149, 189

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

We recently discovered information which needs to be examined before we can present it to the Court. Counsel for the Debtor would like for both hearings scheduled for April 23, 2024 to be consolidated and continued. Counsel has received concurrence from all opposing parties involved.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 22, 2024

/s/ Lawrence V. Young, Esquire

Attorney for Debtors
Name: CGA Law Firm
Phone Number: 717-718-7110

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, a Motion to Continue must be filed.