IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DARYL FRANK SWARTZ<br>ELAINE RENEE SWARTZ<br><br><br><br>Debtors | Chapter 13<br><br>Case No. 1-19-bk-01790 |

ORDER APPROVING THE PAYMENT OF
COUNSEL FEES TO CGA LAW FIRM

AND NOW, on this 12th day of June 2024, upon the appearance in open Court of Lawrence V. Young, of the CGA Law Firm, as counsel for Darryl and Elaine Swartz, and Joseph Schalk, Esq., of the Office of the United States Trustee, and it appearing that an agreement has been reached regarding the fees to be awarded to the CGA Law Firm based on the most recent Application, it is hereby

ORDERED that the Office of the Chapter 13 Trustee, Jack N. Zaharopoulos, Esq., is directed to pay to the CGA Law Firm out of the funds being held the sum of fourteen thousand ($14,000.00) dollars. It is further

ORDERED that this should be treated as a payment of final fees and all fees not already paid or approved for shall be of no further force and affect.

{02456664/1}