UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DARYL FRANK SWARTZ
DARYL F. SWARTZ
ELAINE RENEE SWARTZ
ELAINE R. SWARTZ
        Debtor(s)        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.        CASE NO: 1-19-01790-HWV

DARYL FRANK SWARTZ
DARYL F. SWARTZ
ELAINE RENEE SWARTZ
ELAINE R. SWARTZ
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO COMPLETE PLAN WITHIN 60 MONTHS

AND NOW, on July 11, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 Bankruptcy case in accordance with 11 U.S.C. §1307(c), due to material default by the Debtors with respect to the terms of the Plan. The Trustee avers as follows in support of this motion:

1. Debtors have a confirmed Chapter 13 Plan at Doc. 47 (Plan filed February 6, 2020). See Order Confirming Chapter 13 Plan at Doc. 52 dated March 12, 2020.

2. The confirmed Chapter 13 Plan requires Debtors to make payments totaling $1,420,000.00 ending in April 2024.

3. As of the date of this Motion, only $124,000.00 in payments have been received from the Debtors.

4. It is noted that Debtors filed a Motion to Modify at Doc. 189 on February 21, 2024 that, if granted, would have extend the plan to 61 months to allow the sale of Debtor's business/real estate. However, the Motion to Modify filed at Doc. 189 was never granted.

5. Pursuant to 11 U.S.C. §1329(c) the term of the plan may not exceed five years (60 months).

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. §1307(c).

Dated: July 11, 2024                        Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
Attorney ID #80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone (717)566-6097
Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DARYL FRANK SWARTZ
DARYL F. SWARTZ
ELAINE RENEE SWARTZ
ELAINE R. SWARTZ
        Debtor(s)         CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.         CASE NO: 1-19-01790-HWV

DARYL FRANK SWARTZ
DARYL F. SWARTZ
ELAINE RENEE SWARTZ
ELAINE R. SWARTZ
        Respondent(s)

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss Case for Failure to Complete Plan Within 60 Months.

If you object to the relief requested, you must file your objection/response on or before July 25, 2024 with the Clerk of Bankruptcy Court:

    Sylvia H. Rambo United States Courthouse
    Bankruptcy Courtroom 4B, 4th Floor
    1501 North 6th Street
    Harrisburg, PA 17102

and serve a copy on the Chapter 13 Trustee for the Middle District of Pennsylvania:

    Jack N. Zaharopoulos
    Office of the Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

A hearing with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date: August 14, 2024
Time: 09:35 AM
Sylvia H. Rambo United States Courthouse
Bankruptcy Courtroom 4B, 4th Floor
1501 North 6th Street
Harrisburg, PA 17102

Dated: July 11, 2024

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
Attorney ID #80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone (717)566-6097
Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DARYL FRANK SWARTZ
DARYL F. SWARTZ
ELAINE RENEE SWARTZ
ELAINE R. SWARTZ
        Debtor(s)        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.        CASE NO: 1-19-01790-HWV
DARYL FRANK SWARTZ
DARYL F. SWARTZ
ELAINE RENEE SWARTZ
ELAINE R. SWARTZ
        Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 11, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

LAWRENCE V. YOUNG, ESQUIRE
135 NORTH GEORGE STREET
YORK, PA 17401-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

SERVED BY FIRST CLASS MAIL

DARYL FRANK SWARTZ
ELAINE RENEE SWARTZ
14146 LOWER HORSE VALLEY ROAD
ORRSTOWN, PA 17244

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 11, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DARYL FRANK SWARTZ
DARYL F. SWARTZ
ELAINE RENEE SWARTZ
ELAINE R. SWARTZ
    Debtor(s)    CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant
vs.    CASE NO: 1-19-01790-HWV
DARYL FRANK SWARTZ
DARYL F. SWARTZ
ELAINE RENEE SWARTZ
ELAINE R. SWARTZ
    Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.