IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| DARYL FRANK SWARTZ | : | |
| ELAINE RENEE SWARTZ | : | |
| Debtors. | : | Case No. 1-bk-19-01790 |

**ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, RECEIPTS OF NOTICES
AND INCLUSION OF NOTICE LISTS AND MAILING MATRICES**

To the Clerk of the Bankruptcy Court, the Debtors, All Trustees, All Creditors, and All Other Parties in Interest:

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned Chapter 11 case on behalf of Central Penn Capital Management, LLC ("Central Penn") and demands that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax, telegraph, telex, ECF noticing or otherwise, which affects the Debtors are to be served upon:

> Clayton W. Davidson, Esquire
> PA Attorney I.D. 79139
> 100 Pine Street - P.O. Box 1166
> Harrisburg, PA 17108-1166
> Direct Fax: 717-260-1678
> Phone: 717-232-8000
> cdavidson@mcneeslaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court over Central Penn , specifically, but not limited to: (i) Central Penn's right to have final orders in non-core matters entered only after *de novo* reviewed by a district judge, (ii) Central Penn's right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) Central Penn's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or

recoupments to which Central Penn is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments to which Central Penn hereby expressly reserves.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

Date: July 17, 2024  By: /s/ *Clayton W. Davidson*
Clayton W. Davidson
Attorney I.D. 79139
100 Pine Street - P.O. Box 1166
Harrisburg, PA 17108-1166
Direct Fax: 717-260-1678
Phone: 717-232-8000
cdavidson@mcneeslaw.com

*Attorney for Central Penn Capital Management, LLC*

## CERTIFICATE OF SERVICE

I, Clayton W. Davidson, hereby certify that a true and correct copy of the Entry Of Appearance And Request For Service Of Papers, Receipts Of Notices And Inclusion Of Notice Lists And Mailing Matrices was served electronically via the Court's ECF System on all parties of record.

Date: July 17, 2024

s/*Clayton W. Davidson*
Clayton W. Davidson