United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Daryl Frank Swartz  
Elaine Renee Swartz  
    Debtors

Case No. 19-01790-HWV  
Chapter 13

# CERTIFICATE OF NOCE

District/off: 0314-1    User: AutoDocke    Page 1 of 3  
Date Rcvd: Aug 14, 2024    Form ID: ordsmiss    Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daryl Frank Swartz, Elaine Renee Swartz, 14146 Lower Horse Valley Road, Orrstown, PA 17244-9425 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| 5191017 | + | ALEX EVERHART, P.O. BOX 163, DALLASTOWN, PA 17313-0163 |
| 5191020 | + | COMMONWEALTH OF PA, DEPT. OF REVENUE, P.O. BOX 280948, HARRISBURG, PA 17128-0948 |
| 5213730 | + | Central Penn Capital Management, LLC, 1817 Olde Homestead Lane, Ste 101, Lancaster, PA 17601-6751 |
| 5191012 | + | DARYL FRANK SWARTZ, ELAINE RENEE SWARTZ, 14146 LOWER HORSE VALLEY ROAD, ORRSTOWN, PA 17244-9425 |
| 5191022 | + | FRANKLIN COUNTY ADULT PROBATION, 440 WALKER ROAD, CHAMBERSBURG, PA 17201-9798 |
| 5191023 | | FRANKLIN COUNTY TAX CLAIM OFFICE, 1ST FLOOR OF THE OLD COURTHOUSE, 2 N. MAIN ST., CHAMBERSBURG, PA 17201-2211 |
| 5196758 | | Franklin County Tax Claim Bureau, 2 North Main Street, Chambersburg, PA 17201 |
| 5191024 | + | KATE DERINGER SALLIE, PILLAR & AUGHT, 4201 E. PARK CIRCLE, HARRISBURG, PA 17111-2806 |
| 5191025 | + | KATE DERINGER SALLIE, ESQUIRE, PILLAR & AUGHT, 4201 E. PARK CIRCLE, HARRISBURG, PA 17111-2806 |
| 5223354 | + | Kate D. Sallie, Esquire, 4201 E. Park Circle, Harrisburg, PA 17111-2806 |
| 5191013 | + | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5191027 | + | NANCY J. SWARTZ, 3262 ORRSTOWN ROAD, ORRSTOWN, PA 17244-9683 |
| 5191028 | + | NOBLE LOAN SERVICING PC, 1817 OLDE HOMESTEAD LANE, LANCASTER, PA 17601-6751 |
| 5191029 | + | ORRSTOWN PERSONAL CARE HOME, INC., 3329 ORRSTOWN ROAD, ORRSTOWN, PA 17244-9557 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Aug 14 2024 22:45:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 5212905 | | EDI: PHINAMERI.COM | Aug 14 2024 22:45:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5191018 | + | EDI: PHINAMERI.COM | Aug 14 2024 22:45:00 | AMERICREDIT/GM FINANCIAL, ATTN: BANKRUPTCY, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 5191019 | + | EDI: BANKAMER | Aug 14 2024 22:45:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 5191021 | | EDI: DISCOVER | Aug 14 2024 22:45:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 5191016 | | EDI: IRS.COM | Aug 14 2024 22:45:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5191026 | | Email/Text: camanagement@mtb.com | Aug 14 2024 18:42:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5213317 | | Email/Text: camanagement@mtb.com | Aug 14 2024 18:42:00 | M&T Bank, PO BOX 840, Buffalo, NY 14240 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5191015 | + | EDI: PENNDEPTREV | Aug 14 2024 22:45:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5191015 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2024 18:42:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5209090 | | EDI: PENNDEPTREV | Aug 14 2024 22:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5209090 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2024 18:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5191014 | + | Email/Text: karen.brown@treasury.gov | Aug 14 2024 18:42:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5191030 | | EDI: AGFINANCE.COM | Aug 14 2024 22:45:00 | SPRINGLEAF FINANCIAL SERVICE, 489 EISENHOWER DR, HANOVER, PA 17331 |
| 5191031 | | EDI: AGFINANCE.COM | Aug 14 2024 22:45:00 | SPRINGLEAF FINANCIAL SERVICES, PO BOX 3251, EVANSVILLE, IN 47731 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Central Penn Capital Management LLC, 1817 Olde Homestead Ln Ste 101, Lancaster, PA 17601-6751 |
| 5223353 | *+ | Central Penn Capital Management LLC, 1817 Olde Homestead Lane, Ste 101, Lancaster, PA 17601-6751 |
| 5451134 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brenda Sue Bishop | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Brian William Bisignani | on behalf of Interested Party Orrstown Personal Care Home Inc. bbisignani@postschell.com, slong@postschell.com |
| Clayton W Davidson | on behalf of Creditor Central Penn Capital Management LLC cdavidson@mwn.com ctran@mcneeslaw.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| John Wesley Croumer | on behalf of Interested Party Orrstown Personal Care Home  Inc. jcroumer@postschell.com, smorales@postschell.com |
| Kathryn D Sallie | on behalf of Creditor Central Penn Capital Management LLC ksallie@pillaraught.com  tlaughead@pillaraught.com |
| Lawrence V. Young | on behalf of Debtor 1 Daryl Frank Swartz lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Lawrence V. Young | on behalf of Debtor 2 Elaine Renee Swartz lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Sean Christopher Campbell | on behalf of Interested Party Orrstown Personal Care Home  Inc. sean.campbell@stevenslee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Ward Benson | on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov eastern.taxcivil@usdoj.gov |

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daryl Frank Swartz,<br>aka Daryl F. Swartz, | Chapter 13 |
| **Debtor 1** | Case No. 1:19−bk−01790−HWV |
| Elaine Renee Swartz,<br>aka Elaine R. Swartz, | |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 14, 2024

ordsmiss (05/18)